Max Frankel, Respondent, v. Connecticut General Life Insurance Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

Mamie Allegeier, Respondent, v. Samuel T. Nerrie, Doing Business as Nerrie's Taxi Service, Appellant.— Appeal from a judgment of the County Court, Sullivan county, entered upon a verdict of a jury in favor of plaintiff in an action to recover damages for negligence; also appeal from order denying motion for new trial. Plaintiff was a passenger on a bus from New York city to Monticello. About ten miles from her destination the bus became out of order, and, pursuant to a call, two taxis went from Monticello to the place where plaintiff and other passengers were waiting. Plaintiff entered one of the taxis and was carried to Monticello. The plaintiff claims that while alighting from the taxi the driver slammed the door, injuring her hand. The points raised by defendant are that there is insufficient evidence to establish that the taxi in question was owned or operated by the defendant; that there was insufficient proof of any negligence and that certain prejudicial questions were asked by the plaintiff tending to indicate to the jury that the defendant was insured. Order and judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.